UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG -7 AM 10: 51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Jose Juan GARCIA-Molina, ) <br> ) <br> ) <br> Defendant ) <br> ) | Magistrate Docket No. <br> 08 MJ 2446 <br> COMPLAINT FOR VIOLATION OF: <br> Title 8, U.S.C., Section 1326 <br> Deported Alien Found in the <br> United States |

The undersigned complainant, being duly sworn, states:

On or about **August 6, 2008** within the Southern District of California, defendant, **Jose Juan GARCIA-Molina,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **7th** DAY OF **AUGUST 2008.**

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jose Juan GARCIA-Molina

## PROBABLE CAUSE STATEMENT

On August 6, 2008, Senior Patrol Agent J. M. Sanchez and Border Patrol Agent J. R. Palmer were conducting line watch duties east of the Tecate, California, Port of Entry. At approximately 7:00 a.m., Agent Sanchez received a citizen's call about a possible illegal alien asking for water and a ride away from the border area. The citizen stated that the alien was on her property on Thing Rd. in Tecate, California, which is approximately 200 yards north and 200 yards east of the Tecate, California Port of Entry. At the location of the report, Agents Sanchez and Palmer observed an individual matching the citizen's description washing a vehicle at the reported address. Agent Sanchez identified himself as a United States Border Patrol Agent and questioned the individual in reference to his citizenship. The individual, later identified as the defendant **Jose Juan GARCIA-Molina**, stated that he was a resident alien with proper documentation and that he lived on the property with his wife Maria and two children. Agent Palmer went to the house to verify GARCIA's claim and at that time GARCIA admitted to being a citizen and national of Mexico, illegally present in the United States. GARCIA also admitted that he did not have any immigration documents that would allow him to enter or remain in the United States legally. GARCIA was arrested at approximately 7:10 a.m., and transported to the Tecate, California Processing Center.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 11, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.